# United States Court of Appeals
## For the First Circuit

No. 06-2454

JOSE LORENZO MEJIA-ORELLANA,

Petitioner,

v.

ALBERTO GONZALES, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on September 6, 2007 is amended as follows:

On page 2, line 1, remove the word "Petitioner" before "Jose Lorenzo Mejia-Orellana"

On page 6, footnote 1, line 3, replace "<u>United States</u>" with "<u>U.S.</u>"

On page 9, line 3, underline "Waiver of Inadmissibility Under 8 U.S.C. § 1182(h)"